1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RONALD DAVID FLUD

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )  Case No. 6:17-mj-00055-MJS
                                           )
12            Plaintiff,                   )  **STIPULATION TO CONTINUE; ORDER**
                                           )
13     vs.                                 )
                                           )
14  RONALD DAVID FLUD,                     )
                                           )
15            Defendant.                   )
                                           )
16

17       IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Hope Alley, counsel for Ronald Flud, that the Court continue the February 6,

20  2018 hearing to April 3, 2018.

21       Defense counsel is currently investigating Mr. Flud's case, and need more time to

22  complete its investigation. Accordingly, the parties request that the Court continue Mr. Flud

23  February 6, 2018 hearing to April 3, 2018 to give defense counsel time to complete the

24  investigation and determine how to proceed in the case.

25  //

26  //

27  //

28  //

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Date: February 1, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 1, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>RONALD DAVID FLUD |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the February 6, 2018 hearing for Ronald David Flud, Case No. 6:17-mj-00055-MJS, is continued to April 3, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __February 1, 2018__    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Flud: Stipulation to Continue

2